Elliot Gale (263326)
Gale Angelo Johson and Patrick P.C.
1430 Blue Oaks Blvd. Suite 250
Roseville, CA 95747
Phone: 916-290-7778
Fax: 916-721-2767

Attorneys for Plaintiff
Tamara Razai

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| TAMARA RAZAI<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. ET AL.<br><br>　　　　Defendant. | Case No. 8:23-cv-00945-MWF-KES<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF TAMARA RAZAI AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　　　Notice is hereby given that plaintiff TAMARA RAZAI, by and through her attorneys, Gale Angelo Johnson & Patrick, P.C., and defendant Experian Information Solutions Inc. have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request sixty days to allow time to draft and perform under the terms of the settlement agreement.  The parties request that the Court retain jurisdiction of these parties during said sixth (60) day period.

1  DATED: July 13, 2023        GALE ANGELO JOHNSON & PATRICK, P.C.

                                By: ___*/s/ Elliot Gale*___
                                        ELLIOT GALE

                                Attorneys for Plaintiff Robert Wenokur