1  Elliot Gale (263326)
   Gale Angel Johson and Patrick P.C.
2  1430 Blue Oaks Blvd. Suite 250
   Roseville, CA 95747
3  Phone: 916-290-7778
   Fax: 916-721-2767
4
   Attorneys for Plaintiff
5  Tamara Razai

6              UNITED STATES DISTRICT COURT

7        CENTRAL DISTRICT OF CALIFORNIA (Sothern Division – Santa Ana)

8

9  TAMARA RAZAI                          Case No. 2:23-cv-00945-MWF-KES

10         Plaintiff,                    **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF TAMARA RAZAI AND TRANS UNION LLC**

11         vs.

12 EXPERIAN INFORMATION
   SOLUTIONS, INC. et al
13
           Defendants.
14

15

16     Notice is hereby given that plaintiff Tamara Razai, by and through her

17 attorney and defendant Trans Union LLC, have settled this matter. Plaintiff

18 anticipates completing settlement documents and filing a dismissal with the Court

19 within the next 14 (14) days. The parties request 14 days to allow time to perform

20 under the terms of the settlement agreement.  The parties request that the Court

21 retain jurisdiction of these parties during said fourteen (14) day period.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 18, 2023 | GALE ANGELO JOHNSON & PATRICK, P.C. |
| 3 | | |
| 4 | | By: _/s/ Elliot Gale_ |
| 5 | | Elliot Gale |
| 6 | | Attorney for Plaintiff Tamara Razai |