JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA RAZAI,<br><br>             Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>             Defendants. | Case No. SACV 23-945-MWF(KESx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC |

The Court has considered the Stipulation of Dismissal of Trans Union LLC with Prejudice filed by Plaintiff Tamara Razai and Defendant Trans Union LLC (Docket No. 23), and for good cause shown, IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Tamara Razai against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

Dated:  September 18, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge